*Robert Y. Pelgrift,* corporation counsel, for the appellee (defendant).

*Walter A. Twachtman,* for the appellants (plaintiffs).

Argued April 6—decided April 6, 1971

Shirley E. Garshman *v.* Norman Ebenstein, Executor

The motion by the plaintiff to dismiss the purported appeal from the Superior Court in Hartford County is granted.

*Harry L. Nair,* for the appellee (plaintiff).

*John J. Langenbach,* for the appellant (defendant).

Argued April 6—decided April 6, 1971

Arlene Avak *v.* George Avak

The motion by the plaintiff to dismiss the appeal from the Superior Court in Hartford County is granted.

*Jerome E. Caplan,* for the appellee (plaintiff).

*William J. Eddy,* for the appellant (defendant).

Argued April 6—decided April 6, 1971

John G. Akin et al. *v.* City of Norwalk et al.

The motion by the defendant Flower Estates at Cranbury, Inc., to dismiss the appeal from the Court of Common Pleas in Fairfield County is denied.